IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA RYAN MURPHY**                                                        **PLAINTIFF**

v.                    No: 3:20-cv-11-DPM-JTR

**BRADLEY, Warden,**
**McPherson Unit,** *et al.*                                        **DEFENDANTS**

## ORDER

Murphy's unopposed motion to dismiss claims against two defendants, *Doc. 26,* is granted. Her claims against Baker and Kizer are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2020