IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                PLAINTIFF

v.                          No: 3:20-cv-11-DPM-JTR

BRADLEY, Warden,
McPherson Unit, *et al.*                                       DEFENDANTS

## ORDER

Murphy's unopposed motion to dismiss claims against four defendants, *Doc. 40*, is granted. Her claims against Bradley, Herrington, Louis, and Swift are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_23 June 2020_