UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| LISA RYAN MURPHY<br>ADC #760343 | | PLAINTIFF |
| V. | No. 3:20CV00011-DPM-JTR | |
| TONI BRADLEY, Warden,<br>McPherson Unit, *et al.* | | DEFENDANTS |

## ORDER

On May 18, 2020, Plaintiff Lisa Ryan Murphy ("Murphy") filed a Motion to Dismiss her claims against Defendants Bradley, Herrington, Swift, and Lewis. *Doc. 38.* On May 28, 2020, she moved to strike that Motion to Dismiss. *Doc. 39.* The next day, she filed a "Second Motion to Dismiss" her claims against these four Defendants. *Doc. 40.* On June 23, 2020, the Court granted the Second Motion to Dismiss. *Doc. 46.* Thus, Murphy's first Motion to Dismiss (*Doc. 38)*, and her Motion to Strike (*Doc. 39)*, are DENIED as moot.

Murphy has also filed a Motion for Copies of the Motion for Summary Judgment filed by Defendants Bradley, Herrington, Swift, and Lewis. *Doc. 36.* Because she has now dismissed her claims against those Defendants, her Motion for Copies is DENIED as moot.

IT IS SO ORDERED this 23rd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE