# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

LISA RYAN MURPHY                                PLAINTIFF

v.                  No: 3:20-cv-11-DPM-JTR

TONI BRADLEY, Warden,
McPherson Unit, *et al.*                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Motions to voluntarily dismiss, *Doc. 49 & 52*, granted. Murphy's complaint will be dismissed without prejudice. Motions for summary judgment, *Doc. 28 & 42*, denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2020