IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                    PLAINTIFF

v.                              No: 3:20-cv-11-DPM

TONI BRADLEY, Warden,
McPherson Unit, *et al.*                                            DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2020